STATE OF LOUISIANA

PARISH OF LAFAYETTE

David J. Calogero, Bar Roll #1748, of lawful age, being sworn upon his oath, states that he is the attorney for defendant herein, that he has prepared and read the foregoing Notice of Removal, and that the matters and things contained therein are true, as he verily believes.

_____
DAVID J. CALOGERO

SWORN TO AND SUBSCRIBED before me, this 1st day of June, 2015.

_____
NOTARY PUBLIC
Printed Name CHERYL E. MYERS
Notary ID # 1024

OFFICIAL SEAL
CHERYL E. MYERS
NOTARY ID # 1024
NOTARY PUBLIC
ACADIA PARISH
COMMISSIONED FOR LIFE

-1-