UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ELIZABETH GAGNARD | * | CIVIL ACTION NO.: 1:15-cv-01797 |
| VERSUS | * | JUDGE: DEE D. DRELL |
| WAL-MART STORES, INC. ET AL | * | MAG. JUDGE: MARK L. HORNSBY |
| | | JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF COMPLIANCE

Defendant, Wal-Mart Louisiana, L.L.C., respectfully responds as follows:

(1) Attached is a list of all parties in this action and their counsel of record;

(2) Attached is a list of the documents filed in the Twelfth Judicial District Court;

(3) Attached are copies of the documents filed in the State Court proceeding;

(4) Counsel for defendant hereby certifies that as of June 15, 2015, the above reflects the entire State Court record; and

(5) No such motions are known to be pending.

Respectfully submitted,

**Davidson, Meaux, Sonnier, McElligott
Fontenot, Gideon & Edwards**

_____
DAVID J. CALOGERO, #1748
810 South Buchanan Street
Post Office Box 2908
Lafayette, Louisiana 70502-2908
Telephone: (337) 237-1660
Facsimile: (337) 237-3676
**Attorneys for Wal-Mart Louisiana, L.L.C.**

## CERTIFICATE

I HEREBY CERTIFY that on June 15, 2015 a copy of the foregoing Certificate of Compliance was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Darrel Ryland by operation of the Court's electronic filing system.

*s/David J. Calogero (# 1748)*
Davidson, Meaux, Sonnier & McElligott
Post Office Box 2908
Lafayette, LA  70502-2908
Ph:    (337) 237-1660
Fax:   (337) 237-3676
E-mail: dcalogero@davidsonmeaux.com
Attorneys for Wal-Mart Louisiana, L.L.C.