**ELIZABETH GAGNARD**  \*   **12TH JUDICIAL DISTRICT COURT**

**VERSUS**  \*   **DOCKET NUMBER:  2014-922-B**

**WAL-MART STORES, INC. and/or**
**WAL-MART LOUISIANA, L.L.C.**  \*  **AVOYELLES PARISH, LOUISIANA**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### A F F I D A V I T

STATE OF LOUISIANA

PARISH OF AVOYELLES

I, _Rebecca Soileau_, Deputy Clerk of Court in and for

the Parish of Avoyelles, State of Louisiana, do hereby certify that the attached

documents are true and correct copies of the civil suit entitled, *Elizabeth Gagnard v.*

*Wal-Mart Stores, Inc., et al*, Twelfth Judicial District Court, Avoyelles Parish, Louisiana,

Docket Number:  2014-922-B, consisting of _39_ pages, the original of which

documents are on file in my office.

Marksville, Louisiana, this _4th_ day of June, 2015.

_Rebecca Soileau_
AVOYELLES PARISH CLERK-Dy

FILED _6-4-15_
ATTEST
A TRUE COPY
_Rebecca Soileau_
Dy. Clerk

# *Darrel D. Ryland, APLC*
## (A Professional Law Corporation)

DARREL D. RYLAND
J. B. TREUTING
WESLEY K. ELMER
DANIKA A. BENJAMIN
DANIELLE A. SOLDANI-RYLAND
STEPHEN C. RYLAND
BLAKE E. RYLAND

CLERK AND RECORDER
AVOYELLES

2014 SEP  8  PM 1 30

FILE NO _____
FILED AND RECORDED

115 WEST MARK STREET
P.O. DRAWER 1469
MARKSVILLE, LA 71351
TELEPHONE (318) 253-5961
FACSIMILE (318) 253-5599

Monday, September 08, 2014

Ms. Connie Couvillion
Clerk of Court, Avoyelles Parish
P. O. Box 196
Marksville, Louisiana 71351

**RE:   Elizabeth Gagnard, v. Wal-Mart, et al**

Dear Madam:

Enclosed please find one original and two copies of a Petition for Damages to be filed on behalf of plaintiff.   Please file stamp the copy and return to me.

Also, enclosed please find my firm check in the amount of $500.00 for the costs of this filing.

Very Truly Yours,

LAW OFFICE OF DARREL D. RYLAND, APLC

Wesley Elmer
WKE/pmw

BOOK _____ PAGE _____ 201 40922

**CIVIL SUIT NO.** _____

CLERK AND RECORDER
AVOYELLES PARISH

**ELIZABETH GAGNARD**    **12TH JUDICIAL DISTRICT COURT**

2014 SEP  8  PM 1 31

**VERSUS**    **PARISH OF AVOYELLES**

FILED AND RECORDED

**WAL-MART STORES, INC. AND/OR**
**WAL-MART LOUISIANA, LLC**    **STATE OF LOUISIANA**

## PETITION FOR DAMAGES

The petition of **ELIZABETH GAGNARD**, resident of the full age of

majority of Avoyelles Parish, Louisiana with respect represents that:

1.

**MADE DEFENDANTS HEREIN ARE:**

1.    **WAL-MART STORES, INC. AND/OR WAL-MART**
**LOUISIANA, LLC,** a Business corporation and/or Limited
Liability Company whose agent for service of process is C T
Corporation System, 5615 Corporate Blvd., Suite 400-B,
Baton Rouge, Louisiana  70808.

2.

Defendants are fully, truly and legally indebted unto the petitioner,

**ELIZABETH GAGNARD,** in the amounts which will be set forth by the trier of

fact, together with legal interest thereon from the date of judicial demand until

paid and for all costs of these proceedings and for all bodily injuries, loss

wages, loss of earnings capacity, medical bills, travel expenses incurred for

medical visits relating to this accident, including medical mileage

reimbursement, loss of enjoyment of life and related expenses sustained by

petitioner caused by and arising out of an accident which occurred with the

jurisdiction of this Honorable Court, all as will be hereinafter particularized

and duly shown on the trial of this case.

3.

This case results from a slip and fall accident which occurred on or

about June 10, 2014 at Wal-Mart, located in Mansura, Avoyelles Parish,

Louisiana.

4.

On June 10, 2014, plaintiff, **ELIZABETH GAGNARD**, walked into the

Wal-Mart and slipped on the wet floor and fell, thus causing the accident.

5.

Upon information and belief, the sole and proximate cause of the above described collision was the negligence of **WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC.**, said acts of negligence being described specifically as follows:

**NEGLIGENCE OF WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC:**

A.    1.    Failure to provide a safe place for customers to shop;

2.    Creating an unreasonably dangerous condition; and

3.    Failure to put up a floor wet sign.

6.

As the result of the foregoing, petitioner, **ELIZABETH GAGNARD,** sustained severe and painful personal injuries to her right knee, as well as other injuries.

7.

As a result of the foregoing, the petitioner, **ELIZABETH GAGNARD,** was caused to sustain physical pain and mental anguish.  She has required medical care and treatment for her injuries and residuals thereof; she has incurred medical, hospital and related expenses; she may require hospital and related care in the future and his condition may continue, worsen or become permanent.

8.

Petitioner, **ELIZABETH GAGNARD,** claims damages for pain and suffering (past, present and future), mental anguish, (past, present and future), disabilities and/or residuals and permanent physical impairment (past, present and future), including travel expenses incurred for medical visits relating to this accident and medical mileage reimbursement, loss of life's pleasures (past, present and future), medical, hospital and related expenses (past, present and future), loss of wages, loss of earning capacity, property

damage, vehicle rental expenses, towing fees, storage fees and related expenses and all other damages to which they are entitled under Louisiana Law, all in amount to be determined by this Honorable Court.

9.

Plaintiffs stipulate that, at this time, it does not appear that plaintiff's damages will exceed Seventy Five Thousand and No/100 ($75,000.00) Dollars, exclusive of interest and costs.

**WHEREFORE**, plaintiff, **ELIZABETH GAGNARD,** PRAYS THAT:

1. The defendants, **WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC,** be served with a copy of this petition and duly cited to appear and answer same;

2. There be Judgment in favor of plaintiff and against the defendants, **WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC,** jointly, severally and in solido, for the damages set forth hereinabove, in an amount to be determined by this Honorable Court, together with legal interest thereon from date of judicial demand until paid and all costs of these proceedings;

3. Further prays for all general and equitable relief to which petitioner is legally entitled.

RESPECTFULLY SUBMITTED:

BY: _____
DARREL D. RYLAND (#11565)
J.B TREUTING (#17173)
WESLEY K. ELMER (#23724)
DANIKA A. BENJAMIN (#28872)
DANIELLE A. SOLDANI-RYLAND(#30735)
STEPHEN C. RYLAND(#33348)
BLAKE E. RYLAND (#34747)
P. O. Drawer 1469
Marksville, Louisiana 71351
Phone: (318) 253-5961

**PLEASE SERVE:**
1. **WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC,** a Business corporation and/or Limited Liability Company whose agent for service of process is C T Corporation System, 5615 Corporate Blvd., Suite 400-B, Baton Rouge, Louisiana 70808.

CIVIL SUIT NO. _____

**ELIZABETH GAGNARD**　　　　　　　　**12TH JUDICIAL DISTRICT COURT**

**VERSUS**　　　　　　　　　　　　　　**PARISH OF AVOYELLES**

**WAL-MART STORES, INC. AND/OR**
**WAL-MART LOUISIANA, LLC**　　　　**STATE OF LOUISIANA**

### VERIFICATION

**BEFORE ME**, the undersigned Notary Public, duly commissioned and

qualified, in and for the Parish of Avoyelles, State of Louisiana, personally came

and appeared **ELIZABETH GAGNARD,** who after being duly sworn did depose

that all of the allegations of fact contained in the above and foregoing Petition

for Damages are true and correct to the best of his knowledge.

_____
ELIZABETH GAGNARD

**SWORN TO AND SUBSCRIBED** before me,
Notary, on this __5__ day of _September_,
2014.

_____
NOTARY PUBLIC

CIVIL SUIT NO. _____

ELIZABETH GAGNARD

VERSUS

WAL-MART STORES, INC. AND/OR
WAL-MART LOUISIANA, LLC

12TH JUDICIAL DISTRICT COURT

PARISH OF AVOYELLES

STATE OF LOUISIANA

### REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

TO:   CLERK OF COURT
      12TH JUDICIAL DISTRICT
      MARKSVILLE, LOUISIANA 71351

In accordance with provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give us, as counsel for the named plaintiff, **ELIZABETH GAGNARD,** written notice, by mail, at least ten (10) days in advance of any date fixed for any trial or hearing of this case, whether on exceptions, motions, rules or on the merits thereof.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are also requested to send us notice of any order or judgment in this cause upon the entry of any such order of judgment.

Marksville, Louisiana this _____ day of _____, 2014.

BY ATTORNEYS:
BY: _____
DARREL D. RYLAND (#11565)
J.B TREUTING (#17173)
WESLEY K. ELMER (#23724)
DANIKA A. BENJAMIN (#28872)
DANIELLE A. SOLDANI-RYLAND(#30735)
STEPHEN C. RYLAND(#33348)
BLAKE E. RYLAND (#34747)
P. O. Drawer 1469
Marksville, Louisiana  71351
Phone:  (318) 253-5961

CIVIL SUIT NO. _____

| | |
|---|---|
| **ELIZABETH GAGNARD** | **12TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **PARISH OF AVOYELLES** |
| **WAL-MART STORES, INC. AND/OR** | |
| **WAL-MART LOUISIANA, LLC** | **STATE OF LOUISIANA** |

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

TO:  **WAL-MART STORES, INC. AND/OR
WAL-MART LOUISIANA, LLC,
THROUGH THEIR ATTORNEY OF RECORD**

The following interrogatories and/or request for production of documents are directed to defendants, **WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC.**, to be answered under oath and in writing by any proper officer or agent within defendant corporation, who has knowledge of the injuries, fifteen (15) days from the date of service of these interrogatories and/or request for production of documents, in the form and manner prescribed by law.

**INTERROGATORY NO. 1.**
Please state the full name, address, job title and present employer of each person answering or assisting in answering these interrogatories on behalf of the defendant.

**INTERROGATORY NO. 2.**
Have the defendants been sued under their/its correct name(s)? If not, please state the correct name(s) and explain your answer.

**INTERROGATORY NO. 3.**
Please state the name, address and telephone number of each person including experts having knowledge of the relevant facts pertaining to the incident which is the basis of this lawsuit and cause thereof or damages resulting therefrom.

**INTERROGATORY NO. 4.**
Please state the name and address of any potential parties of the lawsuit, not already named as a party thereto.

**INTERROGATORY NO. 5.**
Please state whether or not you have a copy of any statement which the plaintiff has previously made concerning this action or its subject matter which is in your possession, custody or control. If so, please produce a copy of any statements.

**INTERROGATORY NO. 6.**
Do you contend that the plaintiff has done anything or failed to do anything that constitutes a failure to mitigate damages? If so, please describe what your contention is based on and what evidence exists to support same.

**INTERROGATORY NO. 7.**

Please describe any insurance agreement which any insurance company may be liable to satisfy all or part of the judgment which may be entered in this action, or to indemnify or reimburse for payments made to satisfy the judgment by stating the name of the person or entity insured and the name of the insured, and the amount of liability insurance coverage.

**INTERROGATORY NO. 8.**
Please describe in detail any conversations you had with the plaintiff or plaintiff's representative following the incident in question.

**INTERROGATORY NO. 9.**
Have you conducted any test, experiment or accident recreation or reconstruction for which the results you may attempt to introduce into evidence at the trial of this matter.

**INTERROGATORY NO. 10.**
Was it in the regular course of business of the defendant to conduct a post accident or investigation for which the results you may attempt to introduce into evidence at the trial of this matter.

**INTERROGATORY NO. 11.**
Describe any umbrella policy, which may act as liability coverage over and above the basic primary coverage that may be responsible for paying any part of this judgment against you in this case.

**INTERROGATORY NO. 12.**
What is the defendant's understanding or contention with respect to how the occurrence in question occurred, and how and why the plaintiff sustained his injuries?

**INTERROGATORY NO. 13.**
Please state completely and fully all representations, statements, declarations or admissions made by **ELIZABETH GAGNARD,** or any agents or servants of him which you might attempt to make known to the Judge or Jury in the trial of this matter.

**INTERROGATORY NO. 14.**
Please give us a list of every person with whom the defendant had contact, including address and telephone numbers prior to and following the accident.

**INTERROGATORY NO. 15.**
State the name, address, and telephone number of each and every investigator hired by the defendants to investigate any aspect of this case.

**INTERROGATORY NO. 16.**
State the name, address and telephone number of each and every witness interviewed by any investigator or any attorney representing the defendant in connection with this case.

**INTERROGATORY NO. 17.**
State the name, address and telephone number of any person(s) who have conducted any surveillance films or activity checks on **ELIZABETH GAGNARD**.

**INTERROGATORY NO. 18.**
Please produce copies of any surveillance material, activity checks, and/or film conducted with reference to Number 15 above.

**INTERROGATORY NO. 19.**
State the name and address of any and all persons from whom oral or verbal statements were taken by the defendants or any of their agents.

**INTERROGATORY NO. 20**.
If your answer to interrogatory number 19 above is in the affirmative, please produce a copy of the statements taken by the defendants.

**INTERROGATORY NO. 21**.
State the name, address and telephone number of person(s) from whom written statements were taken by the defendants.

**INTERROGATORY NO. 22**.
If you answer to interrogatory number 21 above is in the affirmative, please produce a copy of the statements taken by the defendants.

**INTERROGATORY NO. 23**.
State the date or approximate dates of the giving of the statements listed in Number 19 and 21 above.

**INTERROGATORY NO. 24**.
Please identify each and every witness and exhibit you intend to present at trial.

**INTERROGATORY NO. 25**.
Please identify any and all insurance companies by the name of the insurance company and the name of the insured, under any and all policies of insurance which may provide liability, uninsured motorist, or medical payments benefits to any party involved in this litigation.

**INTERROGATORY NO. 26**.
Please state whether any recorded statements, written statements and/or transcripts of recorded statements were taken; if so, by whom, of whom, the date the statement was taken, and please produce a copy of the audio recording, written statement and transcription of the recorded statement.

**REQUEST FOR PRODUCTION NO. 1**.
Please provide the names, addresses and telephone numbers of all known witnesses at the time of the accident.

**REQUEST FOR PRODUCTION NO. 2**.
Please provide a copy of all statements taken in this matter stating the names, addresses and telephone numbers of all persons from whom statements have been taken.

**REQUEST FOR PRODUCTION NO. 3**.
Please provide a copy of all photographs taken in this matter.

**REQUEST FOR PRODUCTION NO. 4**.
Please provide a copy of an original and/or certified copies of any and all policies of liability insurance, umbrella policies or any other policies in existence providing liability coverage.

**REQUEST FOR PRODUCTION NO. 5**.
Please provide a copy of any and all expert reports which have been prepared in connection with this lawsuit or the incident giving rise to this lawsuit, if the expert is expected to or may testify in this cause as an expert.

**REQUEST FOR PRODUCTION NO. 6**.
Please provide copies of any and all statements that the plaintiff has given in connection with this matter.

**REQUEST FOR PRODUCTION NO. 7**.
Please provide any and all drawings, maps, sketches of the scene of the

accident which has been made the basis of this lawsuit.

**REQUEST FOR PRODUCTION NO. 8**.
Please provide a copy of any and all kinds of books, documents, photographs or other tangible things which may be used at the time of trial which may have a bearing on this cause of action.

**REQUEST FOR PRODUCTION NO. 9**.
A copy of any contract of employment that would govern any relationship with any other party or bear on the issue of scope of employment.

**REQUEST FOR PRODUCTION NO. 10**.
Please produce a copy of all exhibits which may be submitted at trial.

**REQUEST FOR PRODUCTION NO. 11**.
Please provide any and all reports of the accident.

**REQUEST FOR PRODUCTION NO. 12**.
Please produce copies of any surveillance material, activity checks, and/or film conducted.

RESPECTFULLY SUBMITTED:

BY: _____
DARREL D. RYLAND (#11565)
J.B TREUTING (#17173)
WESLEY K. ELMER (#23724)
DANIKA A. BENJAMIN (#28872)
DANIELLE A. SOLDANI-RYLAND(#30735)
STEPHEN C. RYLAND(#33348)
BLAKE E. RYLAND (#34747)
P. O. Drawer 1469
Marksville, Louisiana  71351
Phone:  (318) 253-5961

**PLEASE SERVE**:
**WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC, a**
Business corporation and/or Limited Liability Company whose agent for service of process is C T Corporation System, 5615 Corporate Blvd., Suite 400-B, Baton Rouge, Louisiana  70808.

CIVIL SUIT NO. _2014-922B_

**ELIZABETH GAGNARD**

**12TH JUDICIAL DISTRICT COURT**

**VERSUS**

**PARISH OF AVOYELLES**

**WAL-MART STORES, INC. AND/OR**
**WAL-MART LOUISIANA, LLC**

**STATE OF LOUISIANA**

## SUBPOENA DUCES TECUM

TO: **WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC,** a Business corporation and/or Limited Liability Company whose agent for service of process is C T Corporation System, 5615 Corporate Blvd., Suite 400-B, Baton Rouge, Louisiana 70808.

You are hereby commanded by order of this court to produce at the office of the law office of Darrel D. Ryland, PO Drawer 1469, 115 West Mark Street, Avoyelles Parish, Marksville, Louisiana, within 30 days from service of this subpoena a certified copy of any insurance policy insuring **WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC**. on or about June 10, 2014.

By order of the Honorable, the 12th Judicial District Court, for the Parish of Avoyelles, this _____day of _____, 2014.

_____
CLERK OF COURT

BY ATTORNEYS:

BY: _____
DARREL D. RYLAND (#11565)
J.B TREUTING (#17173)
WESLEY K. ELMER (#23724)
DANIKA A. BENJAMIN (#28872)
DANIELLE A. SOLDANI-RYLAND(#30735)
STEPHEN C. RYLAND(#33348)
BLAKE E. RYLAND (#34747)
P. O. Drawer 1469
Marksville, Louisiana 71351
Phone: (318) 253-5961

CIVIL SUIT NO. 14·922·B

| | |
|---|---|
| ELIZABETH GAGNARD | 12TH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF AVOYELLES |
| WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC | STATE OF LOUISIANA |

### SUBPOENA DUCES TECUM

TO: **WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC,** a Business corporation and/or Limited Liability Company whose agent for service of process is C T Corporation System, 5615 Corporate Blvd., Suite 400-B, Baton Rouge, Louisiana 70808.

You are hereby commanded by order of this court to produce at the office of the law office of Darrel D. Ryland, PO Drawer 1469, 115 West Mark Street, Avoyelles Parish, Marksville, Louisiana, within 30 days from service of this subpoena a certified copy of any insurance policy insuring **WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC.** on or about June 10, 2014.

By order of the Honorable, the 12th Judicial District Court, for the Parish of Avoyelles, this _____9_____ day of ___Sept.___, 2014.

_____
CLERK OF COURT

BY ATTORNEYS:

BY: _____
DARREL D. RYLAND (#11565)
J.B TREUTING (#17173)
WESLEY K. ELMER (#23724)
DANIKA A. BENJAMIN (#28872)
DANIELLE A. SOLDANI-RYLAND(#30735)
STEPHEN C. RYLAND(#33348)
BLAKE E. RYLAND (#34747)
P. O. Drawer 1469
Marksville, Louisiana 71351
Phone: (318) 253-5961

RECEIVED ... E.B.R. SHERIFF'S OFFICE

## Sid J. Gautreaux
**Sheriff East Baton Rouge Parish**

Clerk of Court  Avovelles Parish
P.O. Box 196

Marksville, LA  71351

**DISTRICT COURT**
For the Parish of East Baton Rouge
9/16/2014

Case: (05)  201400000922   ELIZABETH GAGNARD vs WALMART STORES INC
1,276,822

| Nbr | Date | Service Type | Charges |
|-----|------|--------------|---------|
| 2 | 09/16/2014 | Subpoena Duces Tecum ; 1 CT; BATON ROUGE, LA 70808 | $20.00 |
| 2 | 09/16/2014 | Mileage Charge | $9.36 |
| | | **Case Total:** | $29.36 |
| | | **Total:** | **$29.36** |

Please make check payable to:
Sid J. Gautreaux, Sheriff
**P.O. Box 3277**
Baton Rouge, LA 70821

PLEASE RETURN THIS BILL WITH CHECK

CITATION

*ELIZABETH GAGNARD*

*Vs.*

*WAL-MART STORES, INC.*

**Case: 2014-00000922**
**Division: B**
**12th Judicial District Court**
**Parish of Avoyelles**
**State of Louisiana**

2014 SEP 22  AM 9:47

**To:  WAL-MART STORES, INC. AND/OR WAL-MART LOUISIANA, LLC**
**THROUGH CT CORPORATION SYSTEM**
**5615 CORPORATE BLVD, SUITE 400-B**
**BATON ROUGE, LA  70808**

    **YOU ARE HEREBY CITED** to appear in the office of the Clerk of said Court, in the City of Marksville, Parish aforesaid and comply with the demand contained in the petition, of which a copy is hereto annexed, or make an appearance, in writing, by filing a pleading or otherwise in the Office of said Clerk within FIFTEEN (15) days after the service hereof, under penalty of default.

    **WITNESS** the Honorable **JUDGES** of our said Court on Tuesday, September 09, 2014.

.O/P W/ SDT PREP BY ATTY

Connie B. Couvillon
*Clerk of Court*

*Deputy Clerk of Court*

*Attorney*
DARREL D. RYLAND

---

### SHERIFF'S RETURN

#### PERSONAL SERVICE

Received the above citation, a certified copy thereof, and a certified copy of the petition

**Filed on**

**Date Served**

**In person to**

**Deputy Sheriff**

*DOMICILIARY SERVICE*

Received this citation, a certified copy thereof, and a certified copy of the petition

**Filed on**

**Date Served**

**Served to**
*A person apparently above the age of sixteen years residing at the said domicile as a member thereof from which, at the time of said service, the above named individual was absent.*

**Deputy Sheriff**

[ RETURN COPY ]

JAMES J. DAVIDSON,JR.
(1974-1990)
RICHARD C. MEAUX,SR.
(1921-2006)
JAMES J. DAVIDSON,III
V. FARLEY SONNIER
(1942-1987)
JOHN E. MCELLIGOTT,JR.
PHILIP A. FONTENOT ‡
KYLE L. GIDEON ‡
THEODORE G. EDWARDS,IV ‡
CHRISTOPHER J. PIASECKI ‡
KEVIN M.DILLS ‡
DAVID J. CALOGERO ‡

DWAZENDRA J. SMITH
ROBERT D. FELDER

‡A PROFESSIONAL LAW CORPORATION

## DAVIDSON, MEAUX, SONNIER, MCELLIGOTT,
### FONTENOT, GIDEON & EDWARDS

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

810 SOUTH BUCHANAN STREET
P.O. BOX 2908
LAFAYETTE, LA 70902-2908

TELEPHONE: (337) 237-1660
FAX: (337) 237-3676

OF COUNSEL
MARK C. ANDRUS

ROBERT E. MCBRIDE, RET.

WRITER'S EMAIL
ADDRESS:

dcalogero@davidsonmeaux.com

October 13, 2014

Honorable Connie B. Couvillon
Avoyelles Parish Clerk of Court
Post Office Box 219
Marksville, Louisiana  71351-0219

Re:   Elizabeth Gagnard
      v. Wal-Mart Stores, Inc.
      Docket No. 2014-922-B

Dear Clerk:

Enclosed herewith please find the original and one copy of an Answer, Jury Order, and Request for Notice of Trial Date, Etc. on behalf of Wal-Mart Louisiana, L.L.C. which we request you file into the record of the above-referenced matter.  Please return to me the extra copy stamped with the date and time of filing in the self-addressed, stamped envelope enclosed for the court's convenience.

Please present the enclosed Jury Order to the appropriate Judge for his consideration and signature, setting the amount of the jury bond and advise us of the amount fixed.

Also enclosed is our firm check in the amount of $250.00 to cover the costs incurred with filing the enclosed pleadings.

Should you have any questions, please do not hesitate to contact me.

With kindest regards, I remain

Very truly yours,

DAVIDSON, MEAUX, SONNIER, MCELLIGOTT,
FONTENOT, GIDEON & EDWARDS

DAVID J. CALOGERO
DJC/cfs
Enclosures
cc:   Mr. Darrel D. Ryland

ORIGINAL



**ELIZABETH GAGNARD**          **12TH JUDICIAL DISTRICT COURT**

**VERSUS**                     **DOCKET NUMBER: 2014-922-B**

**WAL-MART STORES, INC. and/or**
**WAL-MART LOUISIANA, L.L.C.** OCT 16    **AVOYELLES PARISH, LOUISIANA**
**************************************************************************

FILE NO.

### ANSWER TO PETITION FOR DAMAGES,
### JURY TRIAL REQUESTED

NOW INTO COURT, through undersigned counsel, comes the defendant, Wal-Mart Louisiana, L.L.C. (erroneously sued as "Wal-Mart Stores, Inc."), who respond to the plaintiff's Petition for Damages as follows:

1.

The allegations of Paragraph 1 of plaintiff's Petition for Damages do not require a response from your defendants.

2.

The allegations of Paragraph 2 of plaintiff's Petition for Damages are denied.

3.

The allegations of Paragraph 3 of plaintiff's Petition for Damages are denied.

4.

The allegations of Paragraph 4 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

5.

The allegations of Paragraph 5 of plaintiff's Petition for Damages are denied.

6.

The allegations of Paragraph 6 of plaintiff's Petition for Damages are denied.

7.

The allegations of Paragraph 7 of plaintiff's Petition for Damages are denied.

8.

The allegations of Paragraph 8 of plaintiff's Petition for Damages are denied.

9.

The allegations of Paragraph 9 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

10.

And now, further answering, and in the alternative, and in the event that this Honorable Court should finds defendant guilty of negligence, all of which is specifically denied, then, and in that event, defendant respectfully alleges that the plaintiff, Elizabeth Gagnard, was guilty of the following acts of contributory negligence, comparative negligence, and victim fault which said acts and/or omissions serve as a bar and/or in mitigation of any recovery herein, said acts and/or omissions consisting of principally, but not exclusively, of the following, to-wit:

(a)   In failing to take due care and caution for her own safety;

(b)   In failing to look at the area ahead of where she was walking;

(c)   In failing to see what she should have seen and to do what she should have done;

(d)   In failing to notice the presence of a foreign substance on the floor, when, by the use of reasonable caution, she could and should have noticed same;

(e)   In general, in failing to take proper care of her own safety and to avoid hazards which should have been obvious to her or which, by the use of reasonable caution, would have been obvious to her; and

(f)   Any and all other acts of negligence and/or fault which will be shown at the trial of this matter.

11.

Defendant raises the affirmative defense of fault of all known and unknown third parties for whom they are not responsible.

12.

Defendant is entitled to a credit and/or setoff for any and all medical bills which they may have paid to and/or on behalf of the plaintiff in the past or in the future.

13.

Plaintiff failed to mitigate her damages.

14.

Defendant further shows that, in the alternative, if the alleged damages suffered by plaintiff were in any respect a result of the negligence of any plaintiff or third party, then defendant is entitled to a judgment as well as a reduction in the dollar amount of the judgment which may be rendered herein based upon the proportionate degree of fault attributable to said plaintiff or third party or parties.

15.

Defendant further shows that, in the alternative, if any of the parties or their insurers designated as defendants herein settle their respective liability with plaintiff herein, then defendant is entitled to a credit as well as a reduction in the dollar amount of any judgment rendered herein based upon the proportionate degree of fault assigned and attributable to said defendant or defendants.

16.

Alternatively, and only in the event that plaintiff's negligence is not found to have been the sole and proximate cause of any injury sustained herein, which is specifically denied, then, in that event, defendant shows that any recovery had by plaintiff herein should be reduced by a percentage of fault applicable to plaintiff's negligence, which is specifically asserted herein, or that of third parties, and defendants, specifically plead the benefits of LSA C.C. Art. 2323 and 2324.

17.

Defendant specifically request a trial by jury on all issues triable by jury.

WHEREFORE, all premises considered, defendant, Wal-Mart Louisiana, L.L.C., prays that this Answer be deemed good and sufficient and that after the lapse of all legal delays and due proceedings had, there be judgment in its favor and against plaintiff, rejecting the demands of plaintiff with full prejudice and at her cost.

Defendant further prays for a trial by jury on all issues triable by jury.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

Respectfully submitted,

**Davidson, Meaux, Sonnier, McElligott Fontenot, Gideon & Edwards**

DAVID J. CALOGERO, #1748
PHILIP A. FONTENOT, #16918
DWAZENDRA J. SMITH, #32696
Post Office Box 2908
Lafayette, Louisiana  70502-2908
Telephone:   (337) 237-1660
Facsimile:   (337) 237-3676

**Attorneys for Wal-Mart Louisiana, L.L.C.**

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 13th day of October, 2014.

DAVID J. CALOGERO

| ELIZABETH GAGNARD | * | 12TH JUDICIAL DISTRICT COURT |
|---|---|---|
| VERSUS | * | DOCKET NUMBER: 2014-922-B |
| WAL-MART STORES, INC. and/or | | |
| WAL-MART LOUISIANA, L.L.C. | * | AVOYELLES PARISH, LOUISIANA |

*********************************************************************************************

## REQUEST FOR NOTICE OF TRIAL DATE, ETC.

TO THE CLERK OF COURT OF THE 12th JUDICIAL DISTRICT COURT, PARISH OF AVOYELLES, STATE OF LOUISIANA:

Please take notice that DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT, GIDEON & EDWARDS, attorneys for defendant, do hereby request written notice of the date of trial of the above matter as well as notice of hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of Court, as provided in Louisiana Code of Civil Procedure of 1960, particularly Articles 1572, 1913, and 1914.

Respectfully submitted,

Davidson, Meaux, Sonnier, McElligott
Fontenot, Gideon & Edwards

_____

DAVID J. CALOGERO, #1748
PHILIP A. FONTENOT, #16918
DWAZENDRA J. SMITH, #32696
810 South Buchanan Street
Post Office Box 2908
Lafayette, Louisiana 70502-2908
Telephone:   (337) 237-1660
Facsimile:   (337) 237-3676

**Attorneys for Wal-Mart Louisiana, L.L.C.**

DAVIDSON, MEAUX, SONNIER, MCELLIGOTT,
FONTENOT, GIDEON & EDWARDS

JAMES J. DAVIDSON,JR.
(1904-1990)
RICHARD C. MEAUX,SR.
(1321-2008)
JAMES J. DAVIDSON,III
V. FARLEY SONNIER
(1942-1987)
JOHN E. MCELLIGOTT,JR.
PHILIP A. FONTENOT †
KYLE L. GIDEON †
THEODORE G. EDWARDS,IV †
CHRISTOPHER J. PIASECKI †
KEVIN M.DILLS †
DAVID J. CALOGERO †

DWAZENDRA J. SMITH
ROBERT D. FELDER

†A PROFESSIONAL LAW CORPORATION

OF COUNSEL
MARK C. ANDRUS

ROBERT R. MCBRIDE, RET.

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
810 SOUTH BUCHANAN STREET
P.O. BOX 2908
LAFAYETTE, LA 70502-2908
TELEPHONE: (337) 237-1660
FAX: (337) 237-3676

CLERK AND …
AVOYELLES …

2014 NOV 17 PM 2 02

WRITER'S EMAIL
ADDRESS:
dcalogero@davidsonmeaux.com

FILE NO …

FILED AND RECORDED

November 13, 2014

Honorable Connie B. Couvillon
Avoyelles Parish Clerk of Court
Post Office Box 219
Marksville, Louisiana 71351-0219

Re:  Elizabeth Gagnard
     v. Wal-Mart Stores, Inc.
     Docket No. 2014-922-B

Dear Clerk:

Enclosed herein please find the original and one copy of the Jury Bond and Power of Attorney to be filed herein on behalf of Wal-Mart Louisiana, L.L.C. Kindly return the enclosed copy to the undersigned in the self-addressed, stamped envelope once it has been file-stamped.

Also enclosed is our firm check in the amount of $150.00 for payment of the jury filing fee.

Should you have any questions, please do not hesitate to contact me.

With kindest regards, I remain

Very truly yours,

DAVIDSON, MEAUX, SONNIER, MCELLIGOTT,
FONTENOT, GIDEON & EDWARDS

DAVID J. CALOGERO
DJC/cfs
Enclosure
cc:  Mr. Darrel D. Ryland [Via E-Mail Only]

ELIZABETH GAGNARD                                    12th JUDICIAL DISTRICT COURT

VERSUS                          2014 NOV 17 PM DOCKET NO.: 2014-0922 "B"

WAL-MART STORES, INC. AND/OR          AVOYELLES PARISH, LOUISIANA
WAL-MART LOUISIANA, LLC   FILED AND RECORDED

---

## JURY BOND

BOND # 106149915                          BOND COST $3,000.00

     KNOW ALL MEN BY THESE PRESENTS, that we WAL-MART STORES, INC., the undersigned principal, has prayed for and obtained an order for a trial by jury in the above entitled and numbered cause, conditioned upon his giving bond in the amount of Three Thousand Dollars ($3,000.00), to cover the additional costs of trial by jury;

     NOW, THEREFORE, we, the undersigned WAL-MART STORES, INC., as principal, and Travelers Casualty and Surety Company of America, as surety, do by these presents firmly bind ourselves unto the 12th JDC, Avoyelles Parish in the amount of Three Thousand Dollars ($3,000.00), for the payment of all additional costs of the trial by jury in the above cause.

Signed, sealed and dated this _____ day of_____, 2014.


WITNESSES:                                    PRINCIPAL:
                                              WAL-MART STORES, INC.


_____

_____        By: _____
                                           David Calogero, Attorney & Agent


_____        SURETY: Travelers Casualty and Surety
                                     Company of America

_____        By: _____
                                          Peggy A. Sargent, Attorney-In-Fact

**TRAVELERS J**

# POWER OF ATTORNEY

| | |
|---|---|
| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

Attorney-In Fact No.    222240

Certificate No. 005737175

**KNOW ALL MEN BY THESE PRESENTS**: That Farmington Casualty Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company are corporations duly organized under the laws of the State of Connecticut, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc., is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

David W. Andrus, Dwight W. Andrus III, Peggy A. Sargent, and Goldie Vincent

of the City of ____Lafayette_____ , State of ____Louisiana_____ their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this ____16th____ day of ____December____ , ____2013____ .

| | |
|---|---|
| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

State of Connecticut
City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the ____16th____ day of ____December____ , ____2013____ , before me personally appeared Robert L. Raney, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof**, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2016.

_____
Marie C. Tetreault, Notary Public

58440-8-12 Printed in U.S.A.

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED,** that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED,** that the signature of each of the following officers: President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kevin E. Hughes, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seals of said Companies this _22nd_ day of _October_, 20 _14_

Kevin E. Hughes, Assistant Secretary

        

To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

## *Darrel D. Ryland, APLC*
### (A Professional Law Corporation)

DARREL D. RYLAND
J. B. TREUTING
WESLEY K. ELMER
DANIELLE A. SOLDANI-RYLAND
STEPHEN C. RYLAND
BLAKE E. RYLAND

CLERK AND RECORDER 115 WEST MARK STREET
AVOYELLES PARISH LA   P.O. DRAWER 1469
MARKSVILLE, LA 71351
2015 JAN 22  PM  2 TELEPHONE (318) 253-5961
FACSIMILE (318) 253-5599

FILE NO _____
FILED AND RECORDED

January 22, 2015

Ms. Connie Couvillon
Clerk of Court, Avoyelles Parish
P. O. Box 196
Marksville, Louisiana 71351

RE:   **Elizabeth Gagnard, v. Wal-Mart, et al**
      **Civil Suit No.: 2014-922B**

Dear Madam:

Enclosed please find one original and one copy of a Notice of Deposition of Harold Dauzat, Norma Perisilver, Laurie Lemartiniere and Gary Scoonover, to be filed on behalf of plaintiffs. Please file stamp the copy and return to me.

Please issue the following subpoena:

1.    Mr. Harold Dauzat
      145 Luke Marin Road
      Bunkie, Louisiana
to appear for a deposition with regard to the above referenced matter which is scheduled for **February 24, 2015 beginning at 11:00 a.m.** to be held at the office of Darrel D. Ryland, 115 West Mark Street, Marksville, Louisiana

2.    Mr. Gary Schoonover
      1022 Highway 107 South
      Cottonport, Louisiana
to appear for a deposition with regard to the above referenced matter which is scheduled for **February 24, 2015 beginning at 3:00 p.m.** to be held at the office of Darrel D. Ryland, 115 West Mark Street, Marksville, Louisiana

I enclose my check in the amount of $15000 to cover the costs associated with this request. Please notify me of the date and type of service on these subpoenas.

LAW OFFICE OF DARREL D. RYLAND, APLC

DARREL D. RYLAND
DDR/pmw
Enclosure
Cc:  Mr. David Calogero

ORIGINAL

**CIVIL SUIT NO. 2014-922B**

ELIZABETH GAGNARD     CLERK AND RECORDER   **12TH JUDICIAL DISTRICT COURT**
AVOYELLES PARISH, LA

**VERSUS**    2015 JAN 22 PM   **PARISH OF AVOYELLES**

**WAL-MART STORES, INC. AND/OR**
**WAL-MART LOUISIANA, LLC**    **STATE OF LOUISIANA**

## NOTICE OF DEPOSITION UPON ORAL EXAMINATION

TO:  Mr. David Calogero

Please take notice that plaintiff in the above entitled action will take the deposition of the persons whose names are listed below, **for all purposes provided in the Louisiana Code of Civil Procedure**, at the place and times listed below upon oral examination before a qualified Notary public and Court Reporter of the State of Louisiana who is not of counsel or attorney for either of the parties nor a relative or employee of such counsel or party, now financially interested in this cause, the depositions to continue thereafter from the date listed below from day to day as the taking of the depositions may be adjourned, at which time and place you are hereby notified to appear, and take part in such manner as you shall see fit and proper.

**HAROLD DAUZAT,** February 24, 2015, Beginning at 11:00 a.m.
**NORMA PERSILVER,** February 24, 2015, Beginning at 1:30 p.m.
**LAURIE LEMARTINIERE,** February 24, 2015, Beginning at 2:00 p.m.
**GARY SCOONOVER,** February 24, 2015, Beginning at 2:30 p.m.
Said deposition is to be held at the office of Darrel Ryland, Attorney at Law, 115 West Mark Street, Marksville, Louisiana.

RESPECTFULLY SUBMITTED:
LAW OFFICE OF DARREL D. RYLAND, APLC

DARREL D. RYLAND (Bar Roll #11565)
J.B. TREUTING (Bar Roll #17173)
WESLEY ELMER (Bar Roll #23724)
DANIELLE A. SOLDANI-RYLAND(#30735)
STEPHEN C. RYLAND(#33348)
BLAKE E. RYLAND(#34747)
P.O. Drawer 1469
Marksville, Louisiana 71351
Phone: (318)253-5961
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE**

I HEREBY CERTIFY that I have this date forwarded a copy of the above foregoing Notice of Deposition to opposing counsel, by placing same in the U.S. Mail, postage properly affixed, to their last know address. Marksville, Louisiana this ___ day of ___, 20___.

_____
OF COUNSEL

CIVIL SUIT NO. 2014-922B

ELIZABETH GAGNARD

12TH JUDICIAL DISTRICT COURT

VERSUS

PARISH OF AVOYELLES

WAL-MART STORES, INC. AND/OR
WAL-MART LOUISIANA, LLC

STATE OF LOUISIANA

## NOTICE OF DEPOSITION UPON ORAL EXAMINATION

TO:  Mr. David Calogero

Please take notice that plaintiff in the above entitled action will take the deposition of the persons whose names are listed below, **for all purposes provided in the Louisiana Code of Civil Procedure**, at the place and times listed below upon oral examination before a qualified Notary public and Court Reporter of the State of Louisiana who is not of counsel or attorney for either of the parties nor a relative or employee of such counsel or party, now financially interested in this cause, the depositions to continue thereafter from the date listed below from day to day as the taking of the depositions may be adjourned, at which time and place you are hereby notified to appear, and take part in such manner as you shall see fit and proper.

**HAROLD DAUZAT,** February 24, 2015, Beginning at 11:00 a.m.
**NORMA PERSILVER,** February 24, 2015, Beginning at 1:30 p.m.
**LAURIE LEMARTINIERE,** February 24, 2015, Beginning at 2:00 p.m.
**GARY SCOONOVER,** February 24, 2015, Beginning at 2:30 p.m.
Said deposition is to be held at the office of Darrel Ryland, Attorney at Law, 115 West Mark Street, Marksville, Louisiana.

RESPECTFULLY SUBMITTED:
**LAW OFFICE OF DARREL D. RYLAND, APLC**

_____
DARREL D. RYLAND (Bar Roll #11565)
J.B. TREUTING (Bar Roll #17173)
WESLEY ELMER (Bar Roll #23724)
DANIELLE A. SOLDANI-RYLAND(#30735)
STEPHEN C. RYLAND(#33348)
BLAKE E. RYLAND(#34747)
P.O. Drawer 1469
Marksville, Louisiana 71351
Phone: (318)253-5961
ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE

**I HEREBY CERTIFY** that I have this date forwarded a copy of the above forgoing Notice of Deposition to opposing counsel, by placing same in the U.S. Mail, postage properly affixed, to their last know address. Marksville, Louisiana, this ___ day of ___, 20___.

_____
OF COUNSEL

FILED 01/22/2015
ATTEST
_____
By: Clerk

### SUBPOENA FOR DEPOSITION



| | | |
|---|---|---|
| *ELIZABETH GAGNARD* | | *Case: 2014-00000922* |
| | | *Division: B* |
| *Vs.* | | *12th Judicial District Court* |
| | | *Parish of Avoyelles* |
| *WAL-MART STORES, INC.* | | *State of Louisiana* |

To:  *HAROLD DAUZAT*
     *145 LUKE MARTIN ROAD*
     *BUNKIE, LA*

     **YOU ARE HEREBY COMMANDED** *to appear before a court reporter for the State of Louisiana*

*at THE OFFICE OF DARREL D. RYLAND, 115 WEST MARK STREET, MARKSVILLE, LA 71351,*

*in the City of MARKSVILLE*

*at 11:00 A.M*

*on FEBRUARY 24, 2015*

*to be examined under Oath by oral deposition to the truth according to your knowledge and of facts*

*relevant to the subject matter in the above entitled and numbered cause. By order of the 12th Judicial*

*District Court for the Parish of Avoyelles, LA. Herein fail not, under penalty of law.*

     **WITNESS** *My Official Hand and Seal of Office at Marksville, Parish of Avoyelles, Louisiana on*

*Thursday, January 22, 2015.*

                              *Connie B. Couvillon*
                              *Clerk of Court*

SUB FOR DEPO W/ NOTICE OF DEPO

*Attorney*
DARREL D. RYLAND

                              *Deputy Clerk of Court*

----

### SHERIFF'S RETURN
#### PERSONAL SERVICE

*Received the above subpoena on*

*Served said subpoena on*

*In person on the above named*
*Individual at*

                              *Address and Parish*

                              *Deputy Sheriff*

#### DOMICILIARY SERVICE

*Received the above subpoena on*

*Served said subpoena on*

*At the above named individual's domicile*
*with (Name, Address, & Parish)*

*A person apparently above the age of sixteen years residing at the said domicile as a member thereof*
*from which, at the time of said service, the above named individual was absent.*

                              *Deputy Sheriff*

[ RETURN COPY ]

## SUBPOENA FOR DEPOSITION

*ELIZABETH GAGNARD*

*Vs.*

*WAL-MART STORES, INC.*



*Case: 2014-00000922*
*Division: B*
*12th Judicial District Court*
*Parish of Avoyelles*
*State of Louisiana*

To:  *GARY SCHOONOVER*
       *1022 HWY 107 SOUTH*
       *COTTONPORT, LA*

**YOU ARE HEREBY COMMANDED** *to appear before a court reporter for the State of Louisiana*

*at THE OFFICE OF DARREL D. RYLAND, 115 WEST MARK STREET, MARKSVILLE, LA 71351,*

*in the City of MARKSVILLE*

*at 02:30 P.M*

*on FEBRUARY 24, 2015 ,*

*to be examined under Oath by oral deposition to the truth according to your knowledge and of facts*

*relevant to the subject matter in the above entitled and numbered cause. By order of the 12th Judicial*

*District Court for the Parish of Avoyelles, LA. Herein fail not, under penalty of law.*

**WITNESS** *My Official Hand and Seal of Office at Marksville, Parish of Avoyelles, Louisiana on*

*Thursday, January 22, 2015.*

SUB FOR DEPO W/ NOTICE OF DEPO

*Attorney*
DARREL D. RYLAND

Connie B. Couvillon
Clerk of Court

*Deputy Clerk of Court*

-----------------------------------------------------------------------

## SHERIFF'S RETURN
### PERSONAL SERVICE

*Received the above subpoena on* _____

*Served said subpoena on* _____

*In person on the above named*
*Individual at* _____

_____
*Address and Parish*

_____
*Deputy Sheriff*

### DOMICILIARY SERVICE

*Received the above subpoena on* _____

*Served said subpoena on* _____

*At the above named individual's domicile*
*with (Name, Address, & Parish)* _____

_____

*A person apparently above the age of sixteen years residing at the said domicile as a member thereof*
*from which, at the time of said service, the above named individual was absent.*

_____
*Deputy Sheriff*

[ FILE COPY ]

## *SUBPOENA FOR DEPOSITION*



*ELIZABETH GAGNARD*

*Vs.*

*WAL-MART STORES, INC.*

Case: 2014-00000922
Division: B
*12th Judicial District Court*
*Parish of Avoyelles*
*State of Louisiana*

31.34

*To:*  *GARY SCHOONOVER*
*1022 HWY 107 SOUTH*
*COTTONPORT, LA*

 **YOU ARE HEREBY COMMANDED** *to appear before a court reporter for the State of Louisiana*

*at THE OFFICE OF DARREL D. RYLAND, 115 WEST MARK STREET, MARKSVILLE, LA 71351,*

*in the City of MARKSVILLE*

*at 02:30 P.M*

*on FEBRUARY 24, 2015 ,*

*to be examined under Oath by oral deposition to the truth according to your knowledge and of facts*

*relevant to the subject matter in the above entitled and numbered cause.  By order of the 12th Judicial*

*District Court for the Parish of Avoyelles, LA.  Herein fail not, under penalty of law.*

 **WITNESS** *My Official Hand and Seal of Office at Marksville, Parish of Avoyelles, Louisiana on*

*Thursday, January 22, 2015.*

SUB FOR DEPO W/ NOTICE OF DEPO

*Attorney*
DARREL D. RYLAND

*Connie B. Couvillon*
*Clerk of Court*

*Deputy Clerk of Court*

---

### *SHERIFF'S RETURN*
**PERSONAL SERVICE**

*Received the above subpoena on*

11:00

*Served said subpoena on*

02-09-15

*In person on the above named*
*Individual at*

Gary Schoonover

*Address and Parish*

*Deputy Sheriff*

**DOMICILIARY SERVICE**

*Received the above subpoena on*

*Served said subpoena on*

*At the above named individual's domicile*
*with (Name, Address, & Parish)*

*A person apparently above the age of sixteen years residing at the said domicile as a member thereof*
*from which, at the time of said service, the above named individual was absent.*

*Deputy Sheriff*

[ RETURN COPY ]

# Darrel D. Ryland, APLC
## (A Professional Law Corporation)

DARREL D. RYLAND
J. B. TREUTING
WESLEY K. ELMER
DANIELLE A. SOLDANI-RYLAND
STEPHEN C. RYLAND
BLAKE E. RYLAND

115 WEST MARK STREET
P.O. DRAWER 1469
MARKSVILLE, LA 71351
TELEPHONE (318) 253-5961
FACSIMILE (318) 253-5599

Wednesday, March 11, 2015

Ms. Connie Couvillon
Clerk of Court, Avoyelles Parish
P. O. Box 196
Marksville, Louisiana 71351

RE:    **Elizabeth Gagnard, v. Wal-Mart, et al**
       **Civil Suit No.: 2014-922B**

Dear Madam:

Enclosed please find one original and one copy of a Notice of Deposition of Harold Dauzat, Norma Perisilver, Laurie Lemartiniere and Gary Scoonover, to be filed on behalf of plaintiffs. Please file stamp the copy and return to me.

Please issue the following subpoena:

1.     Mr. Gary Schoonover
       1022 Highway 107 South
       Cottonport, Louisiana
to appear for a deposition with regard to the above referenced matter which is scheduled for **April 15, 2015 beginning at 3:00 p.m.** to be held at the office of Darrel D. Ryland, 115 West Mark Street, Marksville, Louisiana

I enclose my check in the amount of $75.00 to cover the costs associated with this request. Please notify me of the date and type of service on these subpoenas.

LAW OFFICE OF DARREL D. RYLAND, APLC

WESLEY K. ELMER
WKE/pmw
Enclosure
Cc:   Mr. David Calogero

CIVIL SUIT NO. 2014-922B

**ELIZABETH GAGNARD**    12TH JUDICIAL DISTRICT COURT

**VERSUS**    PARISH OF AVOYELLES

**WAL-MART STORES, INC. AND/OR**
**WAL-MART LOUISIANA, LLC**    STATE OF LOUISIANA

## NOTICE OF DEPOSITION UPON ORAL EXAMINATION

TO:  Mr. David Calogero

    Please take notice that plaintiff in the above entitled action will take the deposition of the persons whose names are listed below, **for all purposes provided in the Louisiana Code of Civil Procedure**, at the place and times listed below upon oral examination before a qualified Notary public and Court Reporter of the State of Louisiana who is not of counsel or attorney for either of the parties nor a relative or employee of such counsel or party, now financially interested in this cause, the depositions to continue thereafter from the date listed below from day to day as the taking of the depositions may be adjourned, at which time and place you are hereby notified to appear, and take part in such manner as you shall see fit and proper.

    **HAROLD DAUZAT,** April 15, 2015, Beginning at 11:00 a.m.
    **NORMA PERSILVER,** April 15, 2015, Beginning at 1:30 p.m.
    **LAURIE LEMARTINIERE,** April 15, 2015, Beginning at 2:00 p.m.
    **GARY SCOONOVER,** April 15, 2015, Beginning at 2:30 p.m.
    Said deposition is to be held at the office of Darrel Ryland, Attorney at Law, 115 West Mark Street, Marksville, Louisiana.

          RESPECTFULLY SUBMITTED:
          **LAW OFFICE OF DARREL D. RYLAND, APLC**

          DARREL D. RYLAND (Bar Roll #11565)
          J.B. TREUTING (Bar Roll #17173)
          WESLEY ELMER (Bar Roll #23724)
          DANIELLE A. SOLDANI-RYLAND(#30735)
          STEPHEN C. RYLAND(#33348)
          BLAKE E. RYLAND(#34747)
          P.O. Drawer 1469
          Marksville, Louisiana 71351
          Phone: (318)253-5961
          ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE**

    **I HEREBY CERTIFY** that I have this date forwarded a copy of the above forgoing Notice of Deposition to opposing counsel, by placing same in the U.S. Mail, postage properly affixed, to their last known address Marksville, Louisiana, this ____ day of ____ 20__

        OF COUNSEL

## SUBPOENA FOR DEPOSITION

ELIZABETH GAGNARD

Vs.

WAL-MART STORES, INC.



**Case: 2014-00000922**
**Division: B**
**12th Judicial District Court**
**Parish of Avoyelles**
**State of Louisiana**

To: GARY SCHOONOVER
1022 HWY 107 SOUTH
COTTONPORT, LA

**YOU ARE HEREBY COMMANDED** to appear before a court reporter for the State of Louisiana at *LAW OFFICE OF DARREL RYLAND, 115 WEST MARK STREET,*

in the City of *MARKSVILLE, LA.*

at 2:30 P.M

on APRIL 15, 2015,

to be examined under Oath by oral deposition to the truth according to your knowledge and of facts relevant to the subject matter in the above entitled and numbered cause. By order of the 12th Judicial District Court for the Parish of Avoyelles, LA. Herein fail not, under penalty of law.

**WITNESS** My Official Hand and Seal of Office at Marksville, Parish of Avoyelles, Louisiana on Wednesday, March 11, 2015.

NOTICE OF DEPOSITION

Attorney
WESLEY ELMER

Connie B. Couvillon
*Clerk of Court*

_____
**Deputy Clerk of Court**

-----------------------------------------------------------------------------------

## SHERIFF'S RETURN
### PERSONAL SERVICE

Received the above subpoena on

Served said subpoena on

In person on the above named
Individual at

_____
Address and Parish

_____
Deputy Sheriff

### DOMICILIARY SERVICE

Received the above subpoena on

Served said subpoena on

At the above named individual's domicile
with (Name, Address, & Parish)

A person apparently above the age of sixteen years residing at the said domicile as a member thereof from which, at the time of said service, the above named individual was absent.

_____
Deputy Sheriff

[ FILE COPY ]

## SUBPOENA FOR DEPOSITION

**ELIZABETH GAGNARD**

Vs.

**WAL-MART STORES, INC.**



**Case:** 2014-00000922
**Division:** B
**12th Judicial District Court**
**Parish of Avoyelles**
**State of Louisiana**

To:   GARY SCHOONOVER
      1022 HWY 107 SOUTH
      COTTONPORT, LA

$56.72

   **YOU ARE HEREBY COMMANDED** to appear before a court reporter for the State of Louisiana at LAW OFFICE OF DARREL RYLAND, 115 WEST MARK STREET,

in the City of MARKSVILLE, LA.

at 2:30 P.M

on APRIL 15, 2015,

to be examined under Oath by oral deposition to the truth according to your knowledge and of facts relevant to the subject matter in the above entitled and numbered cause.  By order of the 12th Judicial District Court for the Parish of Avoyelles, LA.  Herein fail not, under penalty of law.

   **WITNESS** My Official Hand and Seal of Office at Marksville, Parish of Avoyelles, Louisiana on Wednesday, March 11, 2015.

NOTICE OF DEPOSITION

Attorney
WESLEY ELMER

Connie B. Couvillon
Clerk of Court

_____ Rebecca Sailca

**Deputy Clerk of Court**

--------------------------------------------------------------

### SHERIFF'S RETURN
#### PERSONAL SERVICE

Received the above subpoena on _____ 12:50

Served said subpoena on _____ 03-23-15

In person on the above named
Individual at _____ Gary Schoonover

_____
Address and Parish

_____
**Deputy Sheriff**

#### DOMICILIARY SERVICE

Received the above subpoena on _____

Served said subpoena on _____

At the above named individual's domicile
with (Name, Address, & Parish) _____

A person apparently above the age of sixteen years residing at the said domicile as a member thereof from which, at the time of said service, the above named individual was absent.

_____
**Deputy Sheriff**

18 ∠ 2

[ RETURN COPY ]

**DAVIDSON, MEAUX, SONNIER, MCELLIGOTT,**

**FONTENOT, GIDEON & EDWARDS**

JAMES J. DAVIDSON, JR.
(1904-1990)
RICHARD C. MEAUX, SR.
(1921-2008)
JAMES J. DAVIDSON, III
(1942-1987)
JOHN E. MCELLIGOTT, JR. *
PHILIP A. FONTENOT +
KYLE L. GIDEON +
THEODORE G. EDWARDS, IV +
CHRISTOPHER J. PIASECKI +
KEVIN M. DILLS +
DAVID J. CALOGERO +

DWAZENDRA J. SMITH •
ROBERT D. FELDER +
JAMI L. LACOUR

1A PROFESSIONAL LAW CORPORATION
• TEXAS LICENSE

OF COUNSEL
MARK C. ANDRUS
CHARLES D. MOUTON
ROBERT L. MCBRIDE (RET.)

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

810 SOUTH BUCHANAN STREET
P.O. BOX 2908
LAFAYETTE, LA 70502-2908

TELEPHONE: (337) 237-1660
FAX: (337) 237-3676

CLERK AND RECORDER
AVOYELLES PARISH

2015 JUN  4  AM 11 20

FILE NO _____
FILED AND RECORDED

WRITER'S EMAIL
ADDRESS:
dcalogero@davidsonmeaux.com

June 1, 2015

Honorable Connie B. Couvillon
Avoyelles Parish Clerk of Court
Post Office Box 219
Marksville, Louisiana 71351-0219

Re:  Elizabeth Gagnard
      v. Wal-Mart Stores, Inc.
      Docket No. 2014-922-B

Dear Clerk:

Enclosed herewith please find the original and one copy of a Notice of Removal on behalf of Wal-Mart Louisiana, LLC which we request you file into the record of the above-referenced matter.  Please return to me the extra copy stamped with the date and time of filing in the enclosed self-addressed, stamped envelope.

Since I am required to provide the federal court clerk a certified copy of the entire state court record, I would appreciate it if you could send me a complete copy of the suit record referenced hereinabove along with the properly executed Affidavit which is enclosed.

According to your office we have sufficient funds in our account to cover the costs associated with this filing.

By copy of this letter, we are forwarding a copy of the enclosed pleading to all known counsel of record.

Thanking you for your assistance in this matter and with kindest regards, I remain

With kindest regards, I remain

Very truly yours,

**DAVIDSON, MEAUX, SONNIER, MCELLIGOTT,**
**FONTENOT, GIDEON & EDWARDS**

DAVID J. CALOGERO
DJC/cfs
Enclosures

cc:  Mr. Darrel D. Ryland

ORIGINAL

AVOYELLES PARISH LA

2015 JUN 4 AM 11 20

FILED

**ELIZABETH GAGNARD**          *    12TH JUDICIAL DISTRICT COURT

                                                      FILE NO _____

**VERSUS**                            *    DOCKET NUMBER 2014-922-B

**WAL-MART STORES, INC. and/or**
**WAL-MART LOUISIANA, L.L.C.**     *    AVOYELLES PARISH, LOUISIANA
********************************************************************************

## NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN under 28 U.S.C. § 1446(d) that Wal-Mart Louisiana,

LLC, defendant herein, filed a Notice of Removal of this suit in and to the United States

District Court for the Western District of Louisiana, Alexandria Division, on the 1st day of

June, 2015.

Respectfully submitted,

**Davidson, Meaux, Sonnier, McElligott**
**Fontenot, Gideon & Edwards**

_____
DAVID J. CALOGERO, #1748
810 South Buchanan Street
Post Office Box 2908
Lafayette, Louisiana 70502-2908
Ph: (337)237-1660; Fax: (337)237-3676

**Attorneys for Wal-Mart Louisiana,**
**LLC**

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this

day been forwarded to all counsel of record by depositing same in the U.S. Mail,

postage prepaid and properly addressed.

Lafayette, Louisiana, this 1st day of June, 2015.

_____
DAVID J. CALOGERO