RECEIVED

JAN 2 6 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **ELIZABETH GAGNARD** | * | CIVIL ACTION NO.: 1:15-cv-01797 |
| **VERSUS** | * | JUDGE: DEE D. DRELL |
| **WAL-MART STORES, INC. ET AL** | * | MAG. JUDGE: MARK L. HORNSBY |
| | | **JURY DEMAND** |

*********************************************************************

## ORDER

CONSIDERING the foregoing Motion to Dismiss;

IT IS ORDERED that this action be dismissed with prejudice, with defendants to bear all costs.

Alexandria, Louisiana, this 26th day of January, 2015.

_____
**U.S. DISTRICT JUDGE**